IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>KAPS CONSTRUCTION, LLC.<br><br>**DEBTOR**<br><br>ABELARDO "Abel" HERNANDEZ, Individually and Derivatively on Behalf Of KAPS CONSTRUCTION, LLC AND K-LEX MANUFACTURING, INC.<br>   *Plaintiffs,*<br><br>v.<br><br>LIONANDO "Larry" POLANCO<br>   *Defendant.* | § § § § § § § § § § § § § § § § § | CASE NO. 24-51399<br><br>CHAPTER 11<br><br>ADVERSARY PROCEEDING NO. 24-05049-CAG |

### DEFENDANT'S STATEMENT REGARDING CONSENT

TO THE HONORABLE CRAIG A. GARGOTTA, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Now comes Lionando "Larry" Polanco and pursuant to the Court's Order, files this Statement Regarding Consent and would show the Court as follows:

1. Defendant consents to the entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

**WHEREFORE, PREMISES CONSIDERED**, Lionando "Larry" Polanco requests that this Court take notice of his Statement Regarding Consent and grant such other relief to which Defendant may be entitled.

Respectfully submitted,

LAW OFFICE OF DENNIS K. DRAKE
2929 Mossrock, Suite 204
San Antonio, Texas 78230
Telephone: (210) 366-9636
Telecopier: (210) 366-2532
E-Mail: ddrake@dkdrakelaw.com

By: **/s/ *Dennis K. Drake***
DENNIS K. DRAKE
State Bar No. 06105000
ATTORNEY FOR DEFENDANT,
LIONANDO "LARRY" POLANCO

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document or notice (identified below) to which this certificate is attached was served by either electronic filing, e-mail, certified mail return receipt requested, facsimile, and/or hand delivered on the same date noted below to each listed party at his/her/their respective address as follows:

**DOCUMENT /NOTICE**

**DEFENDANT'S STATEMENT REGARDING CONSENT**

| PARTY OR ATTORNEY OF RECORD | METHOD OF SERVICE |
|---|---|
| DAVIS & SANTOS, PLLC<br>Santos Vargas<br>E-mail: svargas@dslawpc.com | Electronic filing |
| Joshua J. Caldwell<br>E-mail: jcaldwell@dslawpc.com | Electronic filing |
| Landon M. Hankins<br>E-mail lhankins@dslawpc.com | Electronic filing |
| Rachel Garza<br>E-mail: rgarza@dalawpc.com | Electronic filing |

719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395
*Attorneys for Plaintiffs*

| | |
|---|---|
| Morris E. "Trey" White III<br>VILLA & WHITE, LLP<br>400 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216<br>E-mail: treywhite@villawhite.com<br>    *Attorneys for KAPS Construction, LLC* | Electronic filing |
| Eric Terry<br>ERIC TERRY LAW, PLLC<br>3511 Broadway<br>San Antonio, Texas 78209<br>E-mail: eric@ericterrylaw.com<br>    *Subchapter V Trustee* | Electronic filing |
| James Rose<br>OFFICE OF THE US TRUSTEE<br>615 E. Houston St., Ste 533<br>San Antonio, Texas 78205<br>E-mail: James.Rose@usdoj.gov<br>    *US Trustee* | Electronic filing |

<u>October 15, 2024</u>                                                                                        <u>*/s/  Dennis K. Drake*</u>
                                                                                                                    Dennis K. Drake