IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-51399 |
| KAPS CONSTRUCTION, LLC. | § | |
| | § | |
| | § | CHAPTER 11 |
| **DEBTOR** | § | |
| | § | |
| ABELARDO "ABEL" HERNANDEZ, Individually and Derivatively on Behalf of KAPS CONSTRUCTION, LLC AND K-LEX MANUFACTURING, INC. | § § § § | ADVERSARY PROCEEDING NO. 24-05049-CAG |
| *Plaintiffs,* | § | |
| v. | § | |
| LIONANDO "LARRY" POLANCO, *Defendant.* | § § § | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

TO THE HONORABLE COURT:

Pursuant to L. Rule 2014(e)(2), Santos Vargas, Joshua J. Caldwell, Landon M. Hankins and Rachel Garza of Davis & Santos, PLLC (collectively, "**D&S**") hereby file this Motion to Withdraw as Counsel for Plaintiffs Abelardo "Abel" Hernandez, Individually and Derivatively on behalf of KAPS Construction, LLC and K-Lex Manufacturing, Inc., ("**Hernandez**") in support would respectfully show the Court as follows:

1. D&S has good cause for withdrawing as counsel-in-charge for Hernandez under Rule 1.15(b)(5) of the Texas Disciplinary Rules of Professional Conduct. The lawyer's fee for Hernandez' representation has not been paid as agreed and multiple reasonable warnings have been given that D&S will withdraw unless the obligation is fulfilled.

2

2. Notice of D&S's intention to withdraw from this proceeding was provided to Hernandez on October 31, 2024.

3. This Motion is not brought for purposes of delay but so that justice may be done.

WHEREFORE, Santos Vargas, Joshua J. Caldwell, Landon M. Hankins and Rachel Garza of Davis & Santos, PLLC respectfully request that the Court enter an order granting this motion to withdraw as counsel for Hernandez and all other relief to which they may be entitled at law or in equity.

Dated: November 1, 2024

          Respectfully Submitted,

          **DAVIS & SANTOS, PLLC**

By:    /s/Rachel Garza
       Santos Vargas
       State Bar No. 24047026
       E-mail: svargas@dslawpc.com
       Joshua J. Caldwell
       State Bar No. 24073988
       E-mail: jcaldwell@dslawpc.com
       Rachel Garza
       State Bar No. 24125240
       E-mail: rgarza@dslawpc.com
       719 S. Flores Street
       San Antonio, Texas 78204
       Tel: (210) 853-5882
       Fax: (210) 200-8395

       ***Withdrawing Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

  I hereby certified that on November 1, 2024, a true and correct copy of the foregoing document was served on counsel of record and the parties below as follows:

| | | |
|---|---|---|
| Dennis K. Drake | _____ | Hand Delivery |
| LAW OFFICE OF DENNIS DRAKE | _____ | Regular Mail |
| 2929 Mossrock, Ste. 204 | _____ | Certified Mail/RRR |
| San Antonio, Texas 78230 | _____ | Facsimile |
| E-mail: ddrake@dkdrakelaw.com | _____ | E-mail |
| | __X__ | ECF |

| | | |
|---|---|---|
| Matthew D. Johnson | _____ | Hand Delivery |
| WEST & WEST, GREER & ESTROGA | _____ | Regular Mail |
| 2929 Mossrock, Ste. 204 | _____ | Certified Mail/RRR |
| San Antonio, Texas 78230 | _____ | Facsimile |
| E-mail: matthew@wwgelaw.com | _____ | E-mail |
| | __X__ | ECF |

*Attorneys for Lionando "Larry" Polanco*

| | | |
|---|---|---|
| Morris E. "Trey" White, III | _____ | Hand Delivery |
| VILLA & WHITE, LLP | _____ | Regular Mail |
| 400 N. E. Loop 410, suite 615 | _____ | Certified Mail/RRR |
| San Antonio, Texas 78216 | _____ | Facsimile |
| E-mail: treywhite@villawhite.com | _____ | E-mail |
| | __X__ | ECF |

*Attorneys for KAPS Construction, LLC*

| | | |
|---|---|---|
| Eric Terry | _____ | Hand Delivery |
| ERIC TERRY LAW, PLLC | _____ | Regular Mail |
| 3511 Broadway | _____ | Certified Mail/RRR |
| San Antonio, Texas 78209 | _____ | Facsimile |
| E-mail: eric@ericterrylaw.com | _____ | E-mail |
| | __X__ | ECF |

*Subchapter V Trustee*

| | | |
|---|---|---|
| James Rose | _____ | Hand Delivery |
| OFFICE OF THE US TRUSTEE | _____ | Regular Mail |
| 615 E. Houston St., Ste 533 | _____ | Certified Mail/RRR |
| San Antonio, Texas 78205 | _____ | Facsimile |
| E-mail: James.Rose@usdoj.gov | _____ | E-mail |
| | __X__ | ECF |

*US Trustee*

                */s/Rachel Garza*
                Rachel Garza